## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARLIN ROTH,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:12CV142** |
| | ) | |
| V. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **JUDGMENT** |
| and REAL NAMES UNKNOWN, Any | ) | |
| Heirs Or Devisees Holding Thereon | ) | |
| And All Persons Who Have Or Claim | ) | |
| To Have Any Interest Or Estate In Or | ) | |
| Lien Or Encumbrance Upon The | ) | |
| Premises Desribed In The Complaint, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the parties' Motion and Stipulation for Dismissal (filing 32),

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to bear its own costs.

**DATED January 16, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**